## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENEVA HOWARD,<br><br>      Plaintiff,<br><br>      v.<br><br>LVNV FUNDING, LLC, a Delaware limited company, ARS NATIONAL SERVICES, INC., a California corporation, and BAKER & MILLER, P.C., an Illinois Professional corporation,<br><br>      Defendants**.** | Case No.  13-cv-00330-JPG-SCW |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  May 20, 2013**

                                          NANCY J. ROSENSTENGEL, Clerk of Court

                                          By:     *s/Brenda K. Lowe*
                                                           Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                      J. PHIL GILBERT
                      U.S. DISTRICT JUDGE